# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

DIGITECH IMAGE TECHNOLOGIES V. ELECTRONICS FOR IMAGING, Case Nos. 2013-1600, -1601, -1602, -1603, -1604, -1605, -1606, -1607, -1608, -1609, -1610, -1611, -1612, -1613, -1614, -1615, -1616, -1617, -1618

Appeals from the United States District Court for the Central District of California in consolidated case no. 12-CV-1324, Judge Otis D. Wright, II.

Entry of Appearance for Plaintiff-Appellant for John J. Edmonds

# ENTRY OF APPEARANCE

1. Please enter my appearance as:
     Counsel for Digitech Image Technologies LLC

2. I am, or the party I represent is:
     Appellant

3. As amicus curiae or intervenor, this party supports:
     N/A

4. My address and telephone are:
     Name:              John J. Edmonds
     Law Firm:          Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC
     Address:           1616 South Voss Road, Suite 125
     City, State, ZIP:  Houston, Texas 77057
     Telephone:         (281) 501-3425
     Fax#:              (832) 415-2535
     E-mail address:    jedmonds@cepiplaw.com

5. I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

6. Date admitted to the Federal Circuit:
     Circa 1999

7. This is my first appearance before the United States Court of Appeals for the Federal Circuit:
     No

8. A courtroom accessible to the handicapped is **not** required if oral argument is scheduled.

Date: September 10, 2013        */s/ John J. Edmonds*
                                John J. Edmonds
                                COLLINS, EDMONDS,
                                POGORZELSKI, SCHLATHER &
                                TOWER, PLLC

ATTORNEY FOR PLAINTIFF-APPELLANT DIGITECH IMAGE TECHNOLOGIES LLC

## **CERTIFICATE OF SERVICE**

I hereby certify I served a copy of this document on counsel of record on September 10, 2013by electronic means (by email or CM/ECF).

September 10, 2013                    */s/ John J. Edmonds*
                                      John J. Edmonds
                                      COLLINS, EDMONDS, POGORZELSKI, SCHLATHER & TOWER, PLLC

                                      ATTORNEY FOR PLAINTIFF-APPELLANT DIGITECH IMAGE TECHNOLOGIES LLC