# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Revised: September 23, 2013

Official Caption[1]

2013-1600, -1601, -1602, -1603, -1604, -1605, -1606, -1607, -1608, -1609,
-1610, -1611, -1612, -1613, -1614, -1615, -1616, -1617, -1618

DIGITECH IMAGE TECHNOLOGIES, LLC,

Plaintiff-Appellant,

v.

ELECTRONICS FOR IMAGING, INC.,

Defendant-Appellee,

and

BUY.COM, INC.,

Defendant-Appellee,

and

B AND H FOTO AND ELECTRONICS CORP.,

Defendant-Appellee,

and

SAKAR INTERNATIONAL, INC. (doing business as Vivitar),

Defendant-Appellee,

and

MAMIYA DIGITAL IMAGING CO., LTD.,
LEAF IMAGING, LTD. (doing business as Mamiyaleaf),
and MAMIYA AMERICA CORPORATION,

Defendants-Appellees,

and

LEICA CAMERA AG and LEICA CAMERA, INC.,

Defendants-Appellees,

and

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).

FUJIFILM CORPORATION, SIGMA CORPORATION,
SIGMA CORPORATION OF AMERICA, MICRO ELECTRONICS, INC.
(doing business as Micro Center), OVERSTOCK.COM, INC.,
PENTAX RICOH IMAGING CO., LTD.,
PENTAX RICOH IMAGING AMERICAS CORPORATION,
RICOH COMPANY, LTD., RICOH AMERICAS CORPORATION,
and KONICA MINOLTA BUSINESS SOLUTIONS USA, INC.,

Defendants-Appellees,

and

GENERAL IMAGING COMPANY,
ASUS COMPUTER INTERNATIONAL,
and ASUSTEK COMPUTER, INC.,

Defendants-Appellees,

and

NEWEGG, INC. and NEWEGG.COM, INC.,

Defendants-Appellees,

and

XEROX CORPORATION,

Defendant-Appellee,

and

CDW LLC,

Defendant-Appellee,

and

VICTOR HASSELBLAD AB and
HASSELBLAD USA, INC.,

Defendants-Appellees,

and

TOSHIBA CORPORATION, TOSHIBA AMERICA, INC.,
TOSHIBA AMERICA BUSINESS SOLUTIONS, INC., and
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,

Defendants-Appellees.

Appeals from the United States District Court for the Central District of California in consolidated case no. 12-CV-1324, Judge Otis D. Wright, II.

<u>Authorized Abbreviated Caption</u>[2]

DIGITECH IMAGE TECHNOLOGIES V ELECTRONICS FOR IMAGING,
2013-1600, -1601, -1602, -1603, -1604, -1605, -1606,
-1607, -1608, -1609, -1610, -1611, -1612, -1613,
-1614, -1615, -1616, -1617, -1618

---

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.