NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DIGITECH IMAGE TECHNOLOGIES, LLC,**
*Plaintiff-Appellant,*

v.

**ELECTRONICS FOR IMAGING, INC.,
SAKAR INTERNATIONAL, INC. (doing business as Vivitar),
GENERAL IMAGING COMPANY,
OVERSTOCK.COM, INC.,
NEWEGG, INC., NEWEGG.COM, INC.,
XEROX CORPORATION, TOSHIBA CORPORATION,
TOSHIBA AMERICA BUSINESS SOLUTIONS, INC., and
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,**
*Defendants-Appellees,*

and

**BUY.COM, INC.,**
*Defendant-Appellee,*

and

**B AND H FOTO AND ELECTRONICS CORP.,**
*Defendant-Appellee,*

and

**LEAF IMAGING, LTD. (doing business as Mamiyaleaf),**
**and MAMIYA AMERICA CORPORATION,**
*Defendants-Appellees,*

and

**LEICA CAMERA AG and LEICA CAMERA, INC.,**
*Defendants-Appellees,*

and

**FUJIFILM CORPORATION, SIGMA CORPORATION,**
**SIGMA CORPORATION OF AMERICA,**
**MICRO ELECTRONICS, INC. (doing business as Micro Center),**
**PENTAX RICOH IMAGING CO., LTD.,**
**PENTAX RICOH IMAGING AMERICAS CORPORATION,**
**RICOH COMPANY, LTD., RICOH AMERICAS CORPORATION,**
**and KONICA MINOLTA BUSINESS SOLUTIONS USA, INC.,**
*Defendants-Appellees,*

and

**ASUS COMPUTER INTERNATIONAL,**

and ASUSTEK COMPUTER, INC.,

*Defendants-Appellees,*

and

**CDW LLC,**

*Defendant-Appellee,*

and

**VICTOR HASSELBLAD AB and HASSELBLAD USA, INC.,**

*Defendants-Appellees,*

and

**MAMIYA DIGITAL IMAGING CO., LTD., and TOSHIBA AMERICA, INC.,**

*Defendants.*

_____

13-1600 -1601, -1602, -1603, -1604, -1605, -1606, -1607, -1608, -1609, -1610, -1611, -1612, -1613, -1614, -1615, -1616, -1617, -1618

_____

Appeals from the United States District Court for the Central District of California in consolidated case no. 12-CV-1324, Judge Otis D. Wright II.

_____

# **O R D E R**

Appellees Electronics For Imaging, Inc., Sakar International, Inc. (doing business as Vivitar), General Imaging Company, Overstock.com, Inc., Newegg, Inc., et

al., Xerox Corporation, and Toshiba Corporation, et al., move unopposed to substitute Mark A. Lemley as principal counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

1) The motion is granted.

2) The revised official caption is reflected in the order.

                                        FOR THE COURT

November 25, 2013       /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court